## Flomar Bar Corporation Liquor License Case.

26

Argued March 18, 1963.   Before RHODES, P. J., ER-VIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*George G. Lindsay,* Assistant Attorney General, with him *Lewis J. Nescott* and *Russell C. Wismer,* Special Assistant Attorneys General, and *Walter E. Alessandroni,* Attorney General, for Pennsylvania Liquor Control Board, appellant.

*Arthur S. Lorch,* for appellee.

Opinion per Curiam, June 12, 1963:

The order of the Court of Quarter Sessions of Philadelphia County is affirmed on the opinion of Judge Guerin, for the court below, reported at 30 Pa. D. & C. 2d 93.